# **<u>EXHIBIT A</u>**

## CERTIFICATION

SEB Investment Management AB ("SEB Investment Management" or "Plaintiff"), on behalf of the Funds listed in the attached Schedule A, declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff did not purchase the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action.

2. Plaintiff is willing to serve as a representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary.

3. Plaintiff's Class Period purchase and sale transactions in the Align Technology, Inc. securities that are the subject of this action are attached in Schedule A.

4. SEB Investment Management has full power and authority to bring suit to recover for investment losses on behalf of its Funds.

5. Plaintiff has fully reviewed the facts and allegations of a complaint filed in this action and adopts its allegations. Plaintiff has authorized the filing of the motion for appointment as lead plaintiff on its behalf in this action.

6. I, Hans Ek, Chief Executive Officer, am authorized to make legal decisions on behalf of SEB Investment Management.

7. Plaintiff intends to actively monitor and vigorously pursue this action for the benefit of the Class.

8. Plaintiff will endeavor to provide fair and adequate representation and work directly with the efforts of Class counsel to ensure that the largest recovery for the Class consistent with good faith and meritorious judgment is obtained.

9. Plaintiff is currently serving as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification in *SEB Investment Management AB v. Endo International, plc*, No. 2:17-cv-3711 (E.D. Pa.), and *Felix v. Symantec Corp.*, No. 3:18-cv-2902 (N.D. Cal.).

10. Plaintiff has not otherwise sought to serve as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

11. Plaintiff will not accept any payment for serving as a representative party on behalf of the Class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed this 21 day of December 2018.

For and on behalf of
SEB Investment Management AB

By: _____
Hans Ek, *Chief Executive Officer*

## SCHEDULE A

### SEB Strategy Fund - SEB Strategy Balanced

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/31/2018 | 200 | $331.95 |
| Common Stock | BUY | 10/4/2018 | 1 | $357.89 |
| Common Stock | BUY | 10/23/2018 | 289 | $311.69 |

### SEB Strategy Fund - SEB Strategy Defensive

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 10/3/2018 | 96 | $375.26 |
| Common Stock | BUY | 10/23/2018 | 165 | $311.69 |

### SEB Strategy Fund - SEB Strategy Growth

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/31/2018 | 200 | $331.95 |
| Common Stock | BUY | 10/4/2018 | 27 | $357.89 |
| Common Stock | BUY | 10/23/2018 | 124 | $311.69 |

### SEB Strategy Fund - SEB Strategy Opportunity

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/31/2018 | 200 | $331.95 |
| Common Stock | BUY | 10/4/2018 | 27 | $357.89 |
| Common Stock | BUY | 10/23/2018 | 187 | $311.69 |

### SEB Fund 3 - SEB U.S. Index Fund

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 7/24/2018 | 300 | $372.59 |

### SEB Fund 3 - SEB Medical Fund

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/29/2018 | 787 | $322.97 |
| Common Stock | BUY | 5/30/2018 | 413 | $329.85 |
| Common Stock | BUY | 6/26/2018 | 400 | $352.53 |
| Common Stock | BUY | 8/29/2018 | 849 | $386.50 |

| | | | | |
|---|---|---|---|---|
| Common Stock | BUY | 8/30/2018 | 251 | $386.57 |
| Common Stock | BUY | 10/1/2018 | 1,800 | $394.79 |
| Common Stock | BUY | 10/15/2018 | 100 | $318.68 |

### SEB Läkemedelsfond

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 5/29/2018 | 19,736 | $322.97 |
| Common Stock | BUY | 5/30/2018 | 10,364 | $329.85 |
| Common Stock | BUY | 6/26/2018 | 8,500 | $352.53 |
| Common Stock | BUY | 8/20/2018 | 15,800 | $354.08 |
| Common Stock | BUY | 8/29/2018 | 12,041 | $386.50 |
| Common Stock | BUY | 8/30/2018 | 3,559 | $386.57 |
| Common Stock | BUY | 9/25/2018 | 12,600 | $394.34 |
| Common Stock | BUY | 10/1/2018 | 28,300 | $394.79 |
| Common Stock | BUY | 10/15/2018 | 3,200 | $318.68 |