# EXHIBIT B

**Total LIFO loss:**   **($16,580,184.80)**

**SEB Strategy Fund - SEB Strategy Balanced**
**LIFO Losses in Align Technology**
Class Period: 4/25/18 - 10/24/18
Retained Shares Valued At                    $217.90

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/31/2018 | 200 | $331.95 | $66,390.00 | Retained Shares | | 490 | $217.90 | $106,771.93 |
| Purchase | 10/4/2018 | 1 | $357.89 | $357.89 | | | | | |
| Purchase | 10/23/2018 | 289 | $311.69 | $90,078.41 | | | | | |
| | | 490 | | $156,826.30 | | | 490 | | $106,771.93 |

*LIFO Losses in Align Technology*   ($50,054.37)

**SEB Strategy Fund - SEB Strategy Defensive**
**LIFO Losses in Align Technology**
Class Period: 4/25/18 - 10/24/18
Retained Shares Valued At                    $217.90

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 10/3/2018 | 96 | $375.26 | $36,024.96 | Retained Shares | | 261 | $217.90 | $56,872.40 |
| Purchase | 10/23/2018 | 165 | $311.69 | $51,428.85 | | | | | |
| | | 261 | | $87,453.81 | | | 261 | | $56,872.40 |

*LIFO Losses in Align Technology*   ($30,581.41)

**SEB Strategy Fund - SEB Strategy Growth**
**LIFO Losses in Align Technology**
Class Period: 4/25/18 - 10/24/18
Retained Shares Valued At                    $217.90

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/31/2018 | 200 | $331.95 | $66,390.00 | Retained Shares | | 351 | $217.90 | $76,483.57 |
| Purchase | 10/4/2018 | 27 | $357.89 | $9,663.03 | | | | | |
| Purchase | 10/23/2018 | 124 | $311.69 | $38,649.56 | | | | | |
| | | 351 | | $114,702.59 | | | 351 | | $76,483.57 |

*LIFO Losses in Align Technology*   ($38,219.02)

**SEB Strategy Fund - SEB Strategy Opportunity**
**LIFO Losses in Align Technology**
Class Period: 4/25/18 - 10/24/18
Retained Shares Valued At                    $217.90

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/31/2018 | 200 | $331.95 | $66,390.00 | Retained Shares | | 414 | $217.90 | $90,211.39 |
| Purchase | 10/4/2018 | 27 | $357.89 | $9,663.03 | | | | | |
| Purchase | 10/23/2018 | 187 | $311.69 | $58,286.03 | | | | | |
| | | 414 | | $134,339.06 | | | 414 | | $90,211.39 |

*LIFO Losses in Align Technology*    ($44,127.67)

**SEB Fund 3 - SEB U.S. Index Fund**
**LIFO Losses in Align Technology**
Class Period: 4/25/18 - 10/24/18
Retained Shares Valued At                    $217.90

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/24/2018 | 300 | $372.59 | $111,777.00 | Retained Shares | | 300 | $217.90 | $65,370.57 |
| | | 300 | | $111,777.00 | | | 300 | | $65,370.57 |

*LIFO Losses in Align Technology*    ($46,406.43)

**SEB Fund 3 - SEB Medical Fund**
**LIFO Losses in Align Technology**
Class Period: 4/25/18 - 10/24/18
Retained Shares Valued At                    $217.90

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/29/2018 | 787 | $322.97 | $254,179.99 | Sale * | 11/5/2018 | 4,600 | $226.65 | $1,042,572.75 |
| Purchase | 5/30/2018 | 413 | $329.85 | $136,229.21 | | | | | |
| Purchase | 6/26/2018 | 400 | $352.53 | $141,010.80 | | | | | |
| Purchase | 8/29/2018 | 849 | $386.50 | $328,139.18 | | | | | |
| Purchase | 8/30/2018 | 251 | $386.57 | $97,028.57 | | | | | |
| Purchase | 10/1/2018 | 1,800 | $394.79 | $710,629.56 | | | | | |
| Purchase | 10/15/2018 | 100 | $318.68 | $31,868.38 | | | | | |

| | | 4,600 | | $1,699,085.68 | | | 4,600 | | $1,042,572.75 |

*LIFO Losses in Align Technology* ($656,512.93)

*Post-class sale price adjusted per PSLRA

**SEB Läkemedelsfond**
**LIFO Losses in Align Technology**
Class Period: 4/25/18 - 10/24/18
Retained Shares Valued At          $217.90

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/29/2018 | 19,736 | $322.97 | $6,374,201.05 | Sale * | 11/5/2018 | 114,100 | $226.65 | $25,860,337.10 |
| Purchase | 5/30/2018 | 10,364 | $329.85 | $3,418,594.42 | | | | | |
| Purchase | 6/26/2018 | 8,500 | $352.53 | $2,996,479.50 | | | | | |
| Purchase | 8/20/2018 | 15,800 | $354.08 | $5,594,511.40 | | | | | |
| Purchase | 8/29/2018 | 12,041 | $386.50 | $4,653,856.13 | | | | | |
| Purchase | 8/30/2018 | 3,559 | $386.57 | $1,375,795.51 | | | | | |
| Purchase | 9/25/2018 | 12,600 | $394.34 | $4,968,718.02 | | | | | |
| Purchase | 10/1/2018 | 28,300 | $394.79 | $11,172,675.86 | | | | | |
| Purchase | 10/15/2018 | 3,200 | $318.68 | $1,019,788.16 | | | | | |
| | | 114,100 | | $41,574,620.05 | | | 114,100 | | $25,860,337.10 |

*LIFO Losses in Align Technology* ($15,714,282.96)

*Post-class sale price adjusted per PSLRA