UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEB INVESTMENT MANAGEMENT AB, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ALIGN TECHNOLOGY, INC., JOSEPH M. HOGAN, and JOHN F. MORICI,<br><br>Defendants. | Case No. 5:18-cv-06720-LHK<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL A PORTION OF THE PARTIES' CONFIDENTIAL SUPPLEMENTAL AGREEMENT |

This matter comes before the Court on the Parties' Joint Administrative Motion Pursuant to Civil Local Rule 79-5 to file under seal a portion of the Parties' Confidential Supplemental Agreement at page 2 lines 4-6. ECF No. 188.

Upon consideration of the motion, the papers submitted in support thereto, and good cause appearing, the Motion is GRANTED.

**IT SO ORDERED.**

DATED: November 2, 2021

_Lucy H. Koh_
The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE